THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL OLIVER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD P. BRISSON, Appellant.— Judgments of conviction affirmed. All concur.